1  MELINDA L. HAAG, CSBN 132612
2  United States Attorney
   DONNA L. CALVERT, SBN IL 6191786
3  Regional Chief Counsel, Region IX
   Social Security Administration
4  DANIEL P. TALBERT, SBN OH 0084088
5  Special Assistant United States Attorney
          333 Market Street, Suite 1500
6         San Francisco, California 94105
          Telephone:  (415) 977-8926
7         Facsimile:  (415) 744-0134
8         E-Mail: Daniel.Talbert@ssa.gov

9  Attorneys for Defendant

10                          UNITED STATES DISTRICT COURT
                            NORTHERN DISTRICT OF CALIFORNIA
11

12 SHERYL SMITH,                 )    CIVIL ACTION NO. 4:11-CV-01295-SBA
        Plaintiff,               )
13                               )
       v.                        )    STIPULATION AND ORDER
14                               )    FOR A FIRST EXTENSION FOR
15 MICHAEL J. ASTRUE,            )    DEFENDANT TO ANSWER
   Commissioner of Social Security, )  PLAINTIFF'S COMPLAINT
16      Defendant.               )
                                 )
17

18      IT IS HEREBY STIPULATED, by and between the parties, through their respective

19 counsel of record, that Defendant shall have a first extension of time of 30 days to file his Answer

20 to Plaintiff's Complaint.  The undersigned counsel are attempting to determine whether this case

21 can be settled, and counsel for Defendant requires additional time to communicate with his client

22 regarding possible settlement.  Thus, counsel for Defendant requires an additional 30 days to

23 consider fully and properly any possible settlement or in the alternative to brief the case.  The

24 current due date for Defendant's Answer is December 12, 2011; the new due date will be January

25 11, 2012.  Counsel for Defendant sincerely apologizes to the Court and to Plaintiff for any

   inconvenience caused by this extension.
26

27

28                                    Respectfully submitted,

   Stip. & Prop. Order for Ext., 4:11-cv-01295-SBA                                            1

| | | |
|---|---|---|
| Dated: December 12, 2011 | | */s/ Dolly M. Trompeter* |
| | | (as authorized via e-mail) |
| | | DOLLY M. TROMPETER |
| | | Attorney for Plaintiff |
| | | |
| | | MELINDA L. HAAG |
| | | United States Attorney |
| | | |
| Dated: December 12, 2011 | | By *s/ Daniel P. Talbert* |
| | | DANIEL P. TALBERT |
| | | Special Assistant U.S. Attorney |
| | | |
| | | Attorneys for Defendant |

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED:

DATED:___12/14/11

_____
SAUNDRA BROWN ARMSTRONG
UNITED STATE DISTRICT JUDGE