| | |
|---|---|
| 1 | MELINDA L. HAAG, CSBN 132612 |
| 2 | United States Attorney |
|   | DONNA L. CALVERT, SBN IL 6191786 |
| 3 | Regional Chief Counsel, Region IX |
|   | Social Security Administration |
| 4 | DANIEL P. TALBERT, SBN OH 0084088 |
| 5 | Special Assistant United States Attorney |

      333 Market Street, Suite 1500
      San Francisco, California 94105
      Telephone: (415) 977-8926
      Facsimile: (415) 744-0134
      E-Mail: Daniel.Talbert@ssa.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERYL SMITH, ) | CIVIL ACTION NO. 4:11-CV-01295-SBA |
|    Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION AND ORDER |
| ) | FOR A FIRST EXTENSION FOR |
| MICHAEL J. ASTRUE, ) | DEFENDANT TO ANSWER |
| Commissioner of Social Security, ) | PLAINTIFF'S COMPLAINT |
|    Defendant. ) | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have a first extension of time of 30 days to file his Answer to Plaintiff's Complaint. The undersigned counsel are attempting to determine whether this case can be settled, and counsel for Defendant requires additional time to communicate with his client regarding possible settlement. Thus, counsel for Defendant requires an additional 30 days to consider fully and properly any possible settlement or in the alternative to brief the case. The current due date for Defendant's Answer is December 12, 2011; the new due date will be January 11, 2012. Counsel for Defendant sincerely apologizes to the Court and to Plaintiff for any inconvenience caused by this extension.

                                                Respectfully submitted,

| | | |
|---|---|---|
| 1 | Dated: December 12, 2011 | */s/ Dolly M. Trompeter* |
| 2 | | (as authorized via e-mail) |
| 3 | | DOLLY M. TROMPETER |
| | | Attorney for Plaintiff |
| 4 | | |
| 5 | | MELINDA L. HAAG |
| | | United States Attorney |
| 6 | Dated: December 12, 2011 | By *s/ Daniel P. Talbert* |
| 7 | | DANIEL P. TALBERT |
| | | Special Assistant U.S. Attorney |

Attorneys for Defendant

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED:

DATED:___12/14/11

_____
SAUNDRA BROWN ARMSTRONG
UNITED STATE DISTRICT JUDGE