MELINDA L. HAAG, CSBN 132612
United States Attorney
DONNA L. CALVERT, SBN IL 6191786
Regional Chief Counsel, Region IX
Social Security Administration
DANIEL P. TALBERT, SBN OH 0084088
Special Assistant United States Attorney
    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8926
    Facsimile:  (415) 744-0134
    E-Mail: Daniel.Talbert@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERYL SMITH,<br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br>    Defendant. | CIVIL ACTION NO. 4:11-CV-01295-SBA<br><br>STIPULATION AND PROPOSED ORDER TO REMAND FOR FURTHER PROCEEDINGS PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g), AND REQUEST FOR ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that this action be remanded to the Commissioner of Social Security for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four.

    Plaintiff will be given an opportunity for another hearing and an opportunity to submit additional evidence.  Upon remand, the Appeals Council will direct the administrative law judge (ALJ) to address treating source Dr. Strelkoff's opinions, and if the ALJ rejects Dr. Strelkoff's opinions, the ALJ will explain such rejection.  The Appeals Council will direct the ALJ to consider all the evidence in the record when determining whether Plaintiff became disabled prior to her date last insured.  If the ALJ who presides over the new hearing is unable to sign the decision, then the Hearing Office Chief ALJ shall sign for the ALJ pursuant to the policies set forth in the Hearings, Appeals and Litigation Law Manual, Section I-2-8-40 (HALLEX I-2-8-40).

Stip. & Prop. Order for Remand                                                                       1

1  The parties further request that the Clerk of the Court be directed to enter a final judgment
2  in favor of Plaintiff, and against Defendant, Commissioner of Social Security, reversing the final
3  decision of the Commissioner.  Nothing in this proposed order shall be taken to affect Plaintiff's
4  right to request Equal Access to Justice Act (EAJA) attorney's fees under 28 U.S.C. § 2412, or
5  costs under 28 U.S.C. § 1920, or to prevent Defendant from opposing any such requests.

                                                Respectfully submitted,

Dated: January 9, 2012          */s/ Dolly M. Trompeter*
                                              (as authorized via e-mail)
                                              DOLLY M. TROMPETER
                                              Attorney for Plaintiff

                                              MELINDA L. HAAG
                                              United States Attorney

Dated: January 9, 2012        By *s/ Daniel P. Talbert*
                                              DANIEL P. TALBERT
                                              Special Assistant U.S. Attorney

                                              Attorneys for Defendant

                                              ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED:

DATED:_1/17/12                              _____
                                              SAUNDRA BROWN ARMSTRONG
                                              UNITED STATE DISTRICT JUDGE