|   |   |
|---|---|
| 1 | MELINDA L. HAAG, CSBN 132612 |
| 2 | United States Attorney |
|   | DONNA L. CALVERT, SBN IL 6191786 |
| 3 | Acting Regional Chief Counsel, Region IX |
|   | Social Security Administration |
| 4 | DANIEL P. TALBERT, SBN OH 84088 |
| 5 | Special Assistant United States Attorney |

      160 Spear Street, Suite 800
      San Francisco, California 94105
      Telephone: (415) 977-8926
      Facsimile: (415) 744-0134
      E-Mail: Daniel.Talbert@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| SHERYL SMITH,                      | )  | CIVIL ACTION NO. 4:11-cv-01295-SBA |
|---|---|---|
|    Plaintiff,       | )  |                                    |
|                                    | )  | DEFENDANT'S MOTION AND PROPOSED    |
| v.                                 | )  | ORDER FOR A 14-DAY EXTENSION FOR   |
|                                    | )  | DEFENDANT TO RESPOND TO PLAINTIFF'S|
| MICHAEL J. ASTRUE,                 | )  | MOTION FOR ATTORNEY'S FEES         |
| Commissioner of Social Security,   | )  |                                    |
|    Defendant.       | )  |                                    |
|                                    | )  |                                    |

     Defendant moves for a first extension of time of 14 days to respond to Plaintiff's Motion for Attorney's Fees. Since Plaintiff filed her motion fourteen days ago, counsel for Defendant has had an unusually heavy workload, including three employment law cases requiring immediate action on discovery at the Merit Systems Protection Board and the Equal Employment Opportunity Commission, and a petition for panel rehearing with the Ninth Circuit Court of Appeals; and has had eight district court briefs due over the past three weeks. Counsel for Defendant apologizes for the last-minute request for an extension.

Motion and Proposed Order for Extension for EAJA., 4:11-cv-01295-SBA

| | |
|---|---|
| 1 | Counsel for Defendant attempted to contact Plaintiff's counsel today, May 1, 2012 by electronic mail. Counsel for Defendant received an automated response indicating that Plaintiff's counsel would be out of the office until May 3, 2012. Therefore, counsel for Defendant is unable to determine whether Plaintiff opposes the instant motion. |

With the fourteen-day extension, Defendant's response will be due May 15, 2012. Defendant requests that all other deadlines be adjusted accordingly.

                                      Respectfully submitted,

                                      MELINDA L. HAAG
                                      United States Attorney

Date: May 1, 2012               By *s/ Daniel P. Talbert*
                                      DANIEL P. TALBERT
                                      Special Assistant U. S. Attorney

                                      Attorneys for Defendant

<u>ORDER</u>

Defendant's motion for a 14-day extension is GRANTED. Defendant shall have until May 15, 2012, to respond to Plaintiff's motion for attorney's fees.

Date: 5/2/12                              _____
                                      SAUNDRA BROWN ARMSTRONG
                                      UNITED STATES DISTRICT JUDGE