1  MELINDA L. HAAG, CSBN 132612
   United States Attorney
2  DONNA L. CALVERT
   Acting Regional Chief Counsel, Region IX,
3  Social Security Administration
   THEOPHOUS H. REAGANS CSBN 189450
4  Special Assistant United States Attorney

5       333 Market Street, Suite 1500
        San Francisco, California 94105
6       Telephone: (415) 977-8936
        Facsimile: (415) 744-0134
7
   Attorneys for Defendant
8                    **UNITED STATES DISTRICT COURT**,

9               **NORTHERN DISTRICT OF CALIFORNIA**

10

11
   SHERYL A. SMITH,                          CASE NO. 4:11-CV-01295 SBA
12
                   Plaintiff,            **STIPULATION AND PROPOSED ORDER**
13                                       **SETTLING ATTORNEY'S FEES**
   vs.                                   **PURSUANT TO THE EQUAL ACCESS**
14                                       **TO JUSTICE ACT (28 U.S.C. § 2412(d)**
   MICHAEL J. ASTRUE,                    **AND COSTS (28 U.S.C. § 1920)**
15 Commissioner of Social Security,

16                 Defendant.
   _____
17

18       IT IS HEREBY STIPULATED by and between the parties through their undersigned

19 counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees under the

20 Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of ONE THOUSAND

21 EIGHT HUNDRED DOLLARS ($1,800.00) and costs in the amount of FOUR HUNDRED

22 DOLLARS ($400.00).  This amount represents compensation for all legal services rendered on

23 behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C.

24 §§ 1920 and 2412(d).

25       After the Court issues an order for EAJA fees, expenses and costs to Plaintiff, the

26 government will consider the matter of Plaintiff's assignment of EAJA fees and expenses and

27 costs to Plaintiff's attorney.  Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010), the ability to

28 honor the assignment will depend on whether the fees, expenses and costs are subject to any

1    offset allowed under the United States Department of the Treasury's Offset Program.  After the

2    order for EAJA fees, expenses and costs is entered, the government will determine whether they

3    are subject to any offset.

4            Fees, expenses and costs shall be made payable to Plaintiff, but if the Department of the

5    Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause

6    the payment of fees, expenses and costs to be made directly to Dolly M. Trompeter, Esq.,

7    pursuant to the assignment executed by Plaintiff.  Any payments made shall be delivered to

8    Plaintiff's counsel.

9            This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA

10   attorney fees, expenses and costs, and does not constitute an admission of liability on the part of

11   Defendant under the EAJA.  Payment of the agreed amount shall constitute a complete release

12   from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to

13   EAJA attorney fees and expenses and costs in connection with this action.

14           This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security

15   Act attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

16

17                                            Respectfully submitted,

18

19   Dated: May 14, 2012                      /s/Dolly M. Trompeter
                                              DOLLY M. TROMPETER,
20                                            Attorney for Plaintiff
                                              [as authorized by email]

21   ///
     ///
22   ///
     ///
23   ///
     ///
24   ///
     ///
25   ///
     ///
26   ///
     ///
27   ///
     ///
28

---

Stipulation and Proposed Order Settling Attorney's Fees Pursuant To The Equal Access To Justice
Act, 28 U.S.C. § 2412(d)

1   Dated: May 14, 2012                    MELINDA L. HAAG
                                           United States Attorney
2                                          DONNA L. CALVERT
                                           Acting Regional Chief Counsel, Region IX
3                                          Social Security Administration

4
                                   By:     /s/ Theophous H. Reagans
5                                          THEOPHOUS H. REAGANS
                                           Special Assistant U.S. Attorney
6
                                           Attorneys for Defendant
7

8

9

10                                      **ORDER**

11          APPROVED AND SO ORDERED:

12

13

14   DATED:__11/20/12_____
                                           SAUNDRA BROWN ARMSTRONG
15                                         UNITED STATES DISTRICT COURT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28

---

3

Stipulation and Proposed Order Settling Attorney's Fees Pursuant To The Equal Access To Justice
Act, 28 U.S.C. § 2412(d)