1   MELINDA L. HAAG, CSBN 132612
    United States Attorney
2   DONNA L. CALVERT
    Acting Regional Chief Counsel, Region IX,
3   Social Security Administration
    THEOPHOUS H. REAGANS CSBN 189450
4   Special Assistant United States Attorney

5       333 Market Street, Suite 1500
        San Francisco, California 94105
6       Telephone: (415) 977-8936
        Facsimile: (415) 744-0134
7
    Attorneys for Defendant
8                           UNITED STATES DISTRICT COURT,

9                           NORTHERN DISTRICT OF CALIFORNIA

10

11
    SHERYL A. SMITH,                          CASE NO. 4:11-CV-01295 SBA
12
                        Plaintiff,            STIPULATION AND PROPOSED ORDER
13                                            SETTLING ATTORNEY'S FEES
    vs.                                       PURSUANT TO THE EQUAL ACCESS
14                                            TO JUSTICE ACT (28 U.S.C. § 2412(d)
    MICHAEL J. ASTRUE,                        AND COSTS (28 U.S.C. § 1920)
15  Commissioner of Social Security,

16                      Defendant.
    _____
17

18          IT IS HEREBY STIPULATED by and between the parties through their undersigned

19  counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees under the

20  Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of ONE THOUSAND

21  EIGHT HUNDRED DOLLARS ($1,800.00) and costs in the amount of FOUR HUNDRED

22  DOLLARS ($400.00).  This amount represents compensation for all legal services rendered on

23  behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C.

24  §§ 1920 and 2412(d).

25          After the Court issues an order for EAJA fees, expenses and costs to Plaintiff, the

26  government will consider the matter of Plaintiff's assignment of EAJA fees and expenses and

27  costs to Plaintiff's attorney.  Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010), the ability to

28  honor the assignment will depend on whether the fees, expenses and costs are subject to any

1  offset allowed under the United States Department of the Treasury's Offset Program.  After the

2  order for EAJA fees, expenses and costs is entered, the government will determine whether they

3  are subject to any offset.

4  Fees, expenses and costs shall be made payable to Plaintiff, but if the Department of the

5  Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause

6  the payment of fees, expenses and costs to be made directly to Dolly M. Trompeter, Esq.,

7  pursuant to the assignment executed by Plaintiff.  Any payments made shall be delivered to

8  Plaintiff's counsel.

9  This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA

10  attorney fees, expenses and costs, and does not constitute an admission of liability on the part of

11  Defendant under the EAJA.  Payment of the agreed amount shall constitute a complete release

12  from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to

13  EAJA attorney fees and expenses and costs in connection with this action.

14  This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security

15  Act attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

16

17  Respectfully submitted,

18

19  Dated: May 14, 2012                    /s/Dolly M. Trompeter
                                          DOLLY M. TROMPETER,
20                                         Attorney for Plaintiff
                                          [as authorized by email]
21  ///
    ///
22  ///
    ///
23  ///
    ///
24  ///
    ///
25  ///
    ///
26  ///
    ///
27  ///
    ///
28

Stipulation and Proposed Order Settling Attorney's Fees Pursuant To The Equal Access To Justice
Act, 28 U.S.C. § 2412(d)

Dated: May 14, 2012

MELINDA L. HAAG
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration

By:     /s/ Theophous H. Reagans
THEOPHOUS H. REAGANS
Special Assistant U.S. Attorney

Attorneys for Defendant


**ORDER**

APPROVED AND SO ORDERED:


DATED:  11/20/12

SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT COURT JUDGE

Stipulation and Proposed Order Settling Attorney's Fees Pursuant To The Equal Access To Justice
Act, 28 U.S.C. § 2412(d)